UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NUMBER: 4:18-CR-13-1BO

United States of America

vs.                                                    ORDER

Damien Lamonte Brown

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to **Harold Dombrowsky, New Bern PD** and remain in his custody through any proceeding on appeal or review:

## Government's Exhibits:
#3 - Gun
#4 - Magazine
#5 - Bullets
#6 - Black Gloves
#81 - Small black bag
#82 - 2A - Heroin
#83 - 2B - Package
#84 - 2B - Heroin
#85 - 2E - Heroin
#90 - Amber Jar
#91 - Clear jar
#92 - 1A - Heroin residue
#93 - Baggies, scale, weight (kitchen counter)
#94 - Scales (kitchen cabinte)
#95 - Scales, mask, 3 razors, baggies, BC powder, weight, electrical tape (top drawer)
#96 - 4 boxes of baggies
#97 - Scales (under microwave)
#102 - Lactose, strainer, mask, receipt, bed bath and beyond bag
#104 - Small black scale
#105 - Walkie talkie set
#107 - Box of baggies

#108 - 1911 Colt 45
#109 - Ammunition
#110 - AK magazine (dresser)
#112 - Bank cards
#120 - Large black suitcase
#121 - Gun - Glock
#122 - Gun - Springfield XD

Agent: _____

This 28th day of August, 2018.

                                              _____
                                              TERRENCE W. BOYLE, US District Judge